United States District Court
Southern District of Texas
**ENTERED**
April 22, 2022
Nathan Ochsner, Clerk

## STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Luis Roman LOPEZ-Palacios

I, CBP Enforcement Officer Jose C. Luna, declare and state as follows:

On or about April 21, 2022, at approximately 11:14 am, defendant, Luis Roman LOPEZ-Palacios, a citizen & national of Mexico, applied for admission into the United States at the Lincoln Juarez Bridge in Laredo, Texas, as a passenger on a commercial bus. At primary inspection, defendant presented a United States passport bearing the name & photograph of H.A.R. to Customs & Border Protection Officer Alexander Soler & claimed to be said person. CBPO Soler asked the defendant if the document presented was his to which Defendant replied it was & was traveling to North Carolina. Due to CBP facial recognition system checks resulting in a facial mismatch, the defendant was referred to secondary for further inspection. Defendant later identified himself as Luis Roman LOPEZ-Palacios, a citizen & national of Mexico born in Tenando De Doria, Hidalgo, Mexico. Defendant claims the true owner of the U.S. Passport loaned him the document and was supposed to return the document once he made it to North Carolina. Facts are based on defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

Executed on the 21st day of April of 2022:

Jose C. Luna
CBP Enforcement Officer
Department of Homeland Security

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

April 22, 2022, 02:41 PM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge